■ In the Matter of ANNETTE KLEIN, Appellant, v BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 6, SEAFORD, et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review respondents' determination which terminated petitioner's employment as a teacher, petitioner appeals from a judgment of the Supreme Court, Nassau County, entered July 21, 1977, which, after a hearing, dismissed her petition. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Pittoni at Special Term. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WEBB, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 16, 1974, convicting him of kidnapping in the second degree and possession of weapons, etc., as a felony, upon a jury verdict, and imposing sentence. Judgment modified, on the law and the facts, by reducing the conviction of kidnapping in the second degree to a conviction of unlawful imprisonment in the first degree, and vacating the sentence imposed thereon. As so modified, judgment affirmed and case remanded to Criminal Term for resentence on the conviction of unlawful imprisonment in the first degree. The kidnapping conviction must be reduced to one of unlawful imprisonment. (See *People v Ennis,* 50 AD2d 935; *People v Watson,* 57 AD2d 143; *People v Webster,* 54 AD2d 703; *People v Fraser,* 54 AD2d 965, mot for lv to app den 40 NY2d 1082; *People v Webb,* 59 AD2d 618; *People v White,* 60 AD2d 876.) Martuscello, J. P., Damiani, Margett and O'Connor, JJ., concur.

■ In the Matter of FRANK LEICHT, Petitioner, v LOUIS J. CASCINO, as Commissioner of Public Works of the County of Orange, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of Public Works of the County of Orange, dated November 1, 1977, which, after a hearing, found that petitioner had willfully disobeyed an order of a superior and dismissed him from his position. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination is supported by substantial evidence. Latham, J. P., Rabin, Gulotta and Hawkins, JJ., concur.